IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 15-565 |
| ) | |
| vs. ) | |
| ) | |
| ) | NOTICE OF APPEAL |
| BRYAN GILBERT HENDERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

  COMES NOW, Defendant BRYAN GILBERT HENDERSON, by and through undersigned counsel, and hereby appeals the Order Denying Motion to Suppress Warrant (Doc. 57), entered by this Court on September 1, 2016.

DATED: 5/31/17          Respectfully submitted,

                   JONATHAN D. MCDOUGALL
                   *Attorney for Defendant*
                   *Bryan Henderson*